JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID DINO TUBB,** | ) NO. EDCV 15-1680-KS |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: April 5, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1